CLOSED

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:20-mj-06233-AOV All Defendants
### *Internal Use Only*

Case title: USA v. Nezat

Date Filed: 06/11/2020
Date Terminated: 06/12/2020

Assigned to: Magistrate Judge Alicia O. Valle

**Defendant (1)**

**Seth Nezat**
19691-104
*YOB: 1972 English*
*TERMINATED: 06/12/2020*

**Pending Counts**          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**              **Disposition**

18:1962-7480.F.Racketeering

---

**Plaintiff**

**USA**           represented by   **Deric Zacca**
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
305-961-9001
Email: deric.zacca@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/11/2020 | 1 | | Magistrate Removal of Violation of Conditions of Release from Southern District of Ohio Case number in the other District 1:18–Cr–00109–TSB as to Seth Nezat (1). (tpl) (Entered: 06/11/2020) |
| 06/11/2020 | | | Set/Reset Hearings as to Seth Nezat: Initial Appearance – Rule 5(c)(3)/40 Violation of Conditions of Release set for 6/12/2020 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (tpl) (Entered: 06/11/2020) |
| 06/12/2020 | 2 | | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Detention Hearing as to Seth Nezat held on 6/12/2020. Witness Jason Jacoby testified. The court admits attorney Pro Hac Vice for purposes of this hearing. Defendant and counsel verbally consents to proceed via conference due to COVID pandemic. Defendant and counsel verbally waives identity hearing. Bond hearing held. The Court orders defendant be detained and removed to the Southern District of Ohio. Defendant and counsel verbally waives removal. (Digital 11:51:19) (Signed by Magistrate Judge Alicia O. Valle on 6/12/2020). (at) (Entered: 06/12/2020) |
| 06/12/2020 | 3 | | COMMITMENT TO ANOTHER DISTRICT as to Seth Nezat. Defendant committed to District of SOuthern District Ohio. Closing Case for Defendant. Signed by Magistrate Judge Alicia O. Valle on 6/12/2020. *See attached document for full details.* (tpl) (Entered: 06/12/2020) |

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF OHIO - CINCINNATI

20mj6233-AOV

| U.S.A. vs Seth Nezat | Docket No: 0648 1:18CR00109 (12) |
|---|---|

## PETITION FOR ACTION ON CONDTIONS OF PRETRIAL RELEASE

COMES NOW Laurie Cooke, Pretrial Services Officer, presenting an official report upon the conduct of defendant Seth Nezat (2210 Northeast 54th Street Unit E, Fort Lauderdale, FL 33308), who was placed under pretrial release supervision by The Honorable Karen L. Litkovitz, sitting in the court at Cincinnati on April 8, 2019, under the following conditions:

(1) The defendant must not violate any federal, state, or local law while on release.
(2) The defendant must report immediately to the Pretrial Services Officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
(3) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(4) The defendant must immediately advise the court and the defense counsel in writing before making any change of residence or telephone number.
(5) The defendant must appear in court as required and must surrender as directed to serve any sentence imposed.
(6) Submit to supervision and report for supervision to Pretrial Services.
(7) Continue or actively seek employment and provide verification to Pretrial Services.
(8) Surrender any passport and not obtain a passport.
(9) Not possess a firearm, destructive device, or other dangerous weapons.
(10) Travel restricted to the SD/FL and SD/OH for court purposes.
(11) Participate in mental health treatment as directed by the Pretrial Services Officer.
(12) Avoid all contact with victims, witnesses, and co-defendants.
(13) Not use alcohol and not use or unlawfully possess a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.
(14) Submit to testing for a prohibited substance if required by the Pretrial Services Office or the supervising officer.
(15) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or the supervising officer.
(16) Participate in the location monitoring program on home detention with leaves permitted to visit children.

RESPECTFULLY PRESENTING PETITON FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 8, 2020, Mr. Nezat reported to Banyon Health Systems inpatient substance abuse program intoxicated. While staff was coordinating him to be placed at a hospital for detoxification, he left the facility without permission.

Based upon these violations, the Pretrial Services Officer requests that the Court:

Issue a warrant for his arrest so he can show cause as to why his bond should not be revoked. The Pretrial Services Officer requests the Petition for Action and warrant be filed under seal in the Electronic Case File (ECF) System.

3

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 8, 2020

*Katrina R. Tibbs* (Digitally signed by Katrina Tibbs Date: 2020.06.08 12:42:01 -04'00')

U.S. Pretrial Services Officer

### Court Order

☐ No Action

☑ The Court finds that there is probable cause to believe the Defendant has violated the conditions of his/her release and orders the issuance of a warrant for his/her arrest.

☐ Summons to Appear and Show Cause

☐ Modification of the Bond and/or the Conditions of release as follows:

☑ Court Instructions:

The Court hereby lifts the stay imposed as to the arrest warrant previously issued on 5/4/2020 (Doc. 153). Accordingly, the previously issued arrest warrant is now active and shall be executed.

Considered and ordered this 8th day of June, 2020 and ordered filed and made a part of the records in the above case.

*Timothy S. Black*
U.S. District Judge

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:18-cr-109 |
| | ) | |
| SETH NEZAT (12) | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Seth Nezat**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Petition

Date: 05/04/2020

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Deric Zacca (caseview.ecf@usdoj.gov, deric.zacca@usdoj.gov,
dz@zaccalaw.com, usafls-hqdkt@usdoj.gov), Magistrate Judge Alicia O. Valle
(valle@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:20066055@flsd.uscourts.gov
Subject:Activity in Case 0:20-mj-06233-AOV USA v. Nezat Set/Reset Hearings
Content-Type: text/html
```

## U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 6/11/2020 at 10:48 AM EDT and filed on 6/11/2020

| | |
|---|---|
| **Case Name:** | USA v. Nezat |
| **Case Number:** | 0:20–mj–06233–AOV |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set/Reset Hearings as to Seth Nezat: Initial Appearance – Rule 5(c)(3)/40 Violation of Conditions of Release set for 6/12/2020 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (tpl)**

**0:20–mj–06233–AOV–1 Notice has been electronically mailed to:**

Deric Zacca &nbsp &nbsp deric.zacca@usdoj.gov, CaseView.ECF@usdoj.gov, dz@zaccalaw.com, USAFLS–HQDKT@USDOJ.GOV

**0:20–mj–06233–AOV–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# COURT MINUTES/ORDER
## United States Magistrate Judge Alicia O. Valle

Courtroom 202　　　　　　　　　　　　　　　　Date: 6/12/2020　　Time: 11:00 a.m.

Defendant: Seth Nezat(J)　　　J#:　　　Case #: 20-6233-AOV
AUSA: Deric Zacca　Megan Gaffney (SDOH)　Attorney: Jay Clark, CJA (SDOH)
Violation: Violation of Pretrial Release- SD Ohio
Proceeding: Initial Appearance-Pretrial Release Violation　　CJA Appt: _____
Bond/PTD Held: ✓Yes　☐No　　Recommended Bond: Detention
Bond Set at: Detention　　　　　　　　　　Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

Language: English

Disposition: Defendant present via video conference. Attorney Jay Clark, CJA from SD Ohio present via video conference. The Court admits attorney Pro Hac Vice for purposes of this hearing. Defendant and Counsel verbally consents to proceed via video conference due to COVID Pandemic. Deft advised of rights and charges.

NEXT COURT APPEARANCE　Date:　　Time:　　Judge:　　Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 11:51:19　　　　　　　Time in Court: 25 mins.

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

7  3

# COURT MINUTES

# United States Magistrate Judge Alicia O. Valle

Courtroom _____ Date: _____ Time: _____

Defendant: _____ J#: _____ Case #: _____
AUSA: _____ Attorney: _____
Violation: _____
Proceeding: _____ CJA Appt: _____
Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: _____
Bond Set at: _____ Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: _____

Disposition: Probation officer Jason Jacoby present via video conference. Defendant and Counsel verbally waives identity hearing. Bond hearing held. The Court orders defendant be detained and removed to the Southern District of Ohio. Defendant and counsel verbally waives removal

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. _____ Time in Court: _____

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

8

✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| vs. | |
| Seth Nezat | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Southern District of Ohio | 1:18-CR-00109-TSB | SOUTHERN DISTRICT OF FLORIDA | 20-MJ-6233-AOV |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ PETITION

**charging a violation of** 18 USC 1962

**DISTRICT OF OFFENSE:**

Southern District of Ohio

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☐ Federal Defender Organization ☒ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language: _____

**SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 12, 2020                         _Alicia O. Valle_ (signature)
Date                                  Alicia O. Valle, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |